# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2326 Disciplinary Docket No. 3 |
| | : |
| JOSEPH JAMES O'NEILL | : Board File No. C1-16-433 |
| | : |
| | : (United States District Court for the |
| | : Eastern District of Pennsylvania, No. 2:16- |
| | : cr-00070) |
| | : |
| | : Attorney Registration No. 23699 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of December, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Joseph James O'Neill is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.